**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00212-CV

---

### IN RE FIRST COMMUNITY INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1066134**

---

## MEMORANDUM OPINION

On March 14, 2019, relator First Community Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable LaShawn Williams, presiding judge of County Civil Court at Law No. 3 of Harris County, to grant relator's motion for summary judgment on real party

interest's claims and to set aside the order denying relator's motion to compel the deposition of real party in interest.

On March 19, 2019, relator filed a motion to dismiss this original proceeding because the parties have settled the underlying case. Relator's requested relief in the petition for writ of mandamus is now moot. The motion is granted.

Accordingly, relator's petition for writ of mandamus is ordered dismissed.


PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.